DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-Mail: Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO 4-97-0031 WDB |
|     Plaintiff,                                     ) | |
|   vs.                                                        ) | NOTICE OF DISMISSAL |
| SAUL MARTIN MELERO,                    ) | |
|     Defendant.                                 ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: July 3, 2019　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　GARTH HIRE
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

NOTICE OF DISMISSAL (4-97-0031 WDB)

## **ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 4-97-0031 WDB. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: July____, 2018

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

NOTICE OF DISMISSAL (4-97-0031 WDB)          2